NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001222
18-JUN-2013
10:42 AM**

NO. CAAP-13-0001222

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
CHAD WEIGLE, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 12-1-0506)

ORDER GRANTING PLAINTIFF-APPELLANT'S
JUNE 5, 2013 MOTION TO WITHDRAW NOTICE OF APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the "Motion to Withdraw Notice of Appeal," filed June 5, 2013, by Plaintiff-Appellant State of Hawai'i, which the court will construe as a motion to dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(a), the papers in support, and the record, it appears that this appeal has not been docketed. Therefore,

IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 18, 2013.

Chief Judge

Associate Judge

Associate Judge